# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY
ADC #099718                                              PLAINTIFF

vs.                          NO. 4:20CV00246 SWW

SUSAN WEBBER WRIGHT                                      DEFENDANT

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, because she is named as the defendant.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE