# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY                                                PLAINTIFF
ADC #099718

v.                      No. 4:20-cv-246-DPM

SUSAN WEBBER WRIGHT, Senior
District Judge, Eastern District of
Arkansas                                                    DEFENDANT

## JUDGMENT

Ashley's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020